**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**TONY SHOWS**                                                             **PETITIONER**

**V.**                                                  **CAUSE NO. 3:26-CV-00185-MPM-JMV**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al.**            **RESPONDENTS**

**ORDER TRANSFERRING CAUSE**
**TO THE SOUTHERN DISTRICT OF MISSISSIPPI**

This matter comes before the Court, *sua sponte*, for consideration of the transfer of this cause. Petitioner Tony Shows has filed a petition for a writ of habeas corpus in which he challenges convictions and sentences he received in the Circuit Court of Madison County, Mississippi. *See* Doc. #s 1, 7.

When a person petitions for a writ of habeas corpus and is in custody in a state with two or more federal judicial districts, the petition "may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced [the person] and each of such district courts shall have concurrent jurisdiction to entertain the application." 28 U.S.C. § 2241(d). The district court in which the petition is filed may "in the exercise of its discretion and in furtherance of justice transfer the application to the other district for hearing and determination." *Id.*

As noted above, Petitioner is challenging a conviction and sentence that he received in the Madison County Circuit Court, a state court located in the Southern District of Mississippi. *See* 28 U.S.C. § 104(b)(1). Because the records, witnesses, and materials regarding Petitioner's state court conviction and sentence are located in the Southern District, the Court finds the Southern District to be the more convenient forum for resolving this petition. *See Bell v. Watkins*, 692 F.2d 999, 1013 (5th Cir. 1982) (finding that the transfer of a case to the district where petitioner was convicted was not an abuse of discretion under 28 U.S.C. § 2241(d)).

Accordingly, in the exercise of this Court's discretion and in the furtherance of justice, the instant action is hereby **TRANSFERRED** to the United States District Court for the Southern District of Mississippi, and all documents filed in this civil action shall be received in accordance with the local rules of the Southern District of Mississippi

**SO ORDERED**, this the 4th day of August, 2026.

/s/Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**

2